**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 03-cv-01889-REB-MJW

RODEL MIRANDA,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER REMANDING CASE TO COMMISSIONER

**Blackburn, J.**

    The Tenth Circuit Court of Appeals has issued its mandate [#26], filed October 3, 2005, directing that this case be remanded to the Commissioner of Social Security for further proceedings.

    **THEREFORE, IT IS ORDERED** that this case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the opinion of the Tenth Circuit.

    Dated October 4, 2005, at Denver, Colorado.

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              Robert E. Blackburn
                              United States District Judge